## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| IN THE INTEREST OF: T.W. , A MINOR<br>PETITION OF : T.W. | : No. 98 EAL 2020<br>:<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 4th day of August, 2020, the Petition for Allowance of Appeal is

**GRANTED**. The issue, as stated by petitioner is:

(1) Should this Court clarify the issue left unresolved by this Court's split decision in *Commonwealth v. Taylor*, 771 A.2d 1262 (Pa. 2001) relating to the standard for when police may conduct an additional more intrusive search of a pocket following a pat-down for weapons?